JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**FILED**

2008 AUG 14  A 9:09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08 00545 JF |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. § 1326 (a) and (b) Illegal Re-Entry Following Deportation |
| ASCENCIO PINEDA-MARTINEZ, | SAN JOSE VENUE |
| Defendant. | |

INFORMATION

The United States charges:

On or about February 11, 2008, the defendant

ASCENCIO PINEDA-MARTINEZ,

an alien, previously having been arrested and deported from the United States on or about September 23, 1988, October 24, 1989, July 26, 1991, March 2, 1994, and April 8, 2003, was found in the Northern District of California, the Attorney General of the United States

//
//
//
//

1 | and the Secretary for Homeland Security not having expressly consented to a re-application by
2 | the defendant for admission into the United States.
3 |     It is further alleged that the defendant was removed from the United States subsequent to a
4 | conviction for commission of an aggravated felony.
5 |     All in violation of Title 8, United States Code, Sections 1326(a) and (b).
6 | DATED: 8/13/2008                 JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          DAVID R. CALLAWAY
                                          Deputy Chief, San Jose Office

(Approved as to form: _____
                      SAUSA CHAD MANDELL

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

## OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

E-FILING

**DEFENDANT - U.S.**
2008 AUG 14 A 9:09

▶ ASCENCIO PINEDA-MARTINEZ

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**
CR-08 00545 JF

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70124 RS

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y** (if assigned)
SAUSA CHAD MANDELL

## DEFENDANT — RS

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☒ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: