AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
v.

**WAIVER OF INDICTMENT**

Ascencio Pineda-Martinez

CASE NUMBER: CR 08-00545 JF

I, Ascencio Pineda-Martinez, the above named defendant, who is accused of

8 USC 1326 Illegal Reentry After Deportation

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Ascencio Pineda M
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer